## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**SETH H. SANDLER,**

    **Plaintiff,**

v.                                        Case No:  6:19-cv-1688-Orl-41GJK

**MICHAEL MAXWELL GROUP, LLC,**

    **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**     **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST MICHAEL MAXWELL GROUP, LLC ON A SUM CERTAIN (Doc. No. 14)**
>
> **FILED:**        October 15, 2019
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

On August 28, 2019, Plaintiff filed a Complaint against Defendant alleging violations of the Fair Debt Collection Practices Act and the Florida Consumer Collection Practices Act. Doc. No. 1. Plaintiff alleges that Defendant is a New York limited liability company, *id.* at ¶ 5, but fails to plead anything regarding where the acts that form the basis of the claims occurred. On September 5, 2019, Defendant was served in New York via its registered agent. Doc. No. 7 at 2.

Defendant has not appeared. On October 2, 2019, under Federal Rule of Civil Procedure 55(a), the clerk entered a default against Defendant. Doc. No. 13. On October 15, 2019, Plaintiff

filed a motion pursuant to Rule 55(b)(2) asking the Court to enter a default judgment on a sum certain against Defendant (the "Motion"). Doc. No. 14.

"'[A]n in personam judgment entered without personal jurisdiction over a defendant is void as to that defendant.'" *Sloss Indus. Corp. v. Eurisol*, 488 F.3d 922, 924 (11th Cir. 2007) (quoting *Combs v. Nick Garin Trucking*, 825 F.2d 437, 442 (D.C. Cir.1987)). "The concept of personal jurisdiction comprises two distinct components: amenability to jurisdiction and service of process. Amenability to jurisdiction means that a defendant is within the substantive reach of a forum's jurisdiction under applicable law. Service of process is simply the physical means by which that jurisdiction is asserted." *Baragona v. Kuwait Gulf Link Transport Co.*, 594 F.3d 852, 854–855 (11th Cir. 2010). Nothing in the Complaint establishes personal jurisdiction over Defendant.

Accordingly, the Motion (Doc. No. 14) is **DENIED**.

**DONE and ORDERED** in Orlando, Florida, on November 18, 2019.

*/s/ Gregory Kelly*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
Courtroom Deputy