# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SETH H. SANDLER,

    Plaintiff,                                      Case No. 6:19-cv-01688-CEM-GJK

v.

MICHAEL MAXWELL GROUP, LLC,

    Defendant.

_____/

## ATTORNEY FEES AND COSTS

**Attorney Fees:**

| Date | Description | Name | Title | Rate | Time | Amount |
|---|---|---|---|---|---|---|
| 8/26/2019 | Reviewed of documents verify potential causes of action | Alexander Taylor | Attorney | $375.00 | 0.5 | $187.50 |
| 8/26/2019 | Researched proper defendant | Alexander Taylor | Attorney | $375.00 | 0.75 | $281.25 |
| 8/26/2019 | Verified facts to determine if all elements of FDCPA and FCCPA are present | Alexander Taylor | Attorney | $375.00 | 0.5 | $187.50 |
| 8/27/2019 | Drafted Complaint | Alexander Taylor | Attorney | $375.00 | 2.0 | $750.00 |
| 8/27/2019 | Final revisions of Complaint | Alexander Taylor | Attorney | $375.00 | 0.5 | $187.50 |
| 8/28/2019 | Filed Complaint, Issued Summons and sent to process server | Jessie Sharon | Paralegal | $125.00 | 1.0 | $125.00 |
| 9/6/2019 | Filed executed summons | Jessie Sharon | Paralegal | $125.00 | 0.2 | $25.00 |
| 9/6/2019 | Drafted and Filed Motion for Pro Hac Vice | Jessie Sharon | Paralegal | $125.00 | 1.0 | $125.00 |
| 9/11/2019 | Drafted and Filed Certificate of Interested Parties and Notice of Pendency of Related Case | Kiran Wadia | Paralegal | $125.00 | 0.5 | $62.50 |

| Date | Description | Name | Role | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 10/1/2019 | Draft Motion for Entry of Default Judgment | Alexander Taylor | Attorney | $375.00 | 1.0 | $375.00 |
| 10/1/2019 | Filed Motion for Entry of Default Judgment and sent to Defendant via mail and email | Kiran Wadia | Paralegal | $125.00 | 1.0 | $125.00 |
| 10/14/2019 | Drafted Motion for Default Judgement | Alexander Taylor | Attorney | $375.00 | 2.0 | $750.00 |
| | | | | | | $ 3,181.25 |

**Costs:**
Filing Fee                                       $   400.00
Service(R.O.S. Consulting, Inc.)                 $   106.00
Mailing Cost                                     $    21.25
**Total Costs:**                                 **$   527.25**

**Grand Total**
Attorney Fees                                    $ 3,181.25
Costs                                            $   527.25
**Total**                                        **$ 3,708.50**