UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SETH H. SANDLER,**

    **Plaintiff,**

v.                                          Case No: 6:19-cv-1688-Orl-41GJK

**MICHAEL MAXWELL GROUP, LLC,**

    **Defendant.**

                                          /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Amended Motion for Default Judgment ("Motion," Doc. 16). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 17), in which he recommends that the Court grant Plaintiff's Motion in part and deny it in part. The portion of the Motion that Judge Smith recommends denying in part is Plaintiff's request for attorney's fees and costs. Judge Smith recommends that the Court award fees of $2,456.25 instead of the $3,181.25 sought by Plaintiff, and costs of $506 be awarded instead of the requested $527.25.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Amended Motion for Default Judgment (Doc. 16) is **GRANTED in part** and **DENIED in part**.

2. The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

3. The Clerk is directed to enter a final Default Judgment in favor of Plaintiff and against Defendant for $2,962.25.[1] Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] This number is the sum total of $2,456.25 in attorney's fees and $506.00 in costs.